**ORDERED.**

Dated: August 12, 2024

_Jacob A. Brown_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>B & J Express Care Services, LLC,<br><br>    Debtor. | Case 3:24-bk-01974-JAB<br>Chapter 11 |

**ORDER ON
MOTION FOR JOINT
ADMINISTRATION OF CHAPTER 11 CASES
AND NOTICE OF CONTINUED HEARING**

**THIS CASE** came before the Court on the Motion for Joint Administration of Chapter 11 Cases [Doc 18] (the "Motion") filed by Debtor at a hearing held August 7, 2024.

**IT IS ORDERED:**

1. The Court directs the United States Trustee to submit a brief by September 4, 2024 regarding whether the two companion cases[1] are affiliates under §101(2) and may be jointly administered under Rule 1015(b) and whether § 105 prohibits the Court from ordering the two cases be jointly administered for procedural purposes.

---

[1] The companion case to the above captioned case is In re: B & J Property Management of Ocala, LLC pending as Case 3:24-bk-01976-JAB.

      2.  Debtor, creditors in this case, and other interested parties shall be permitted to submit a brief in response after the United States Trustee submits its brief.

      3.  A continued hearing on the Motion will be held September 16, 2024 at 10:30 a.m.  However, all parties are notified that the Court may rule prior to the date of the continued hearing.

      4.  Attorney Richard A. Perry is directed to serve a copy of this order on all interested parties in this case and provide proof of service.

**####**