**ORDERED.**

Dated: September 09, 2024

_Jacob A. Brown_
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION
### www.flmb.uscourts.gov

IN RE:                                                          CASE NO.: 3:24-bk-1974-JAB
                                                                CHAPTER 11

B & J Express Care Services, LLC,

    Debtor.
_____/

## ORDER DENYING MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES

This case came before the Court upon Debtor's Motion for Joint Administration of Lead Case 3:24-bk-1974 with 3:24-bk-1976 (the "Motion") (Doc. 18). The Court held a preliminary hearing on the Motion on August 7, 2024 (the "Hearing") and entered an Order directing the United States Trustee (the "Trustee") to submit a brief regarding its position on joint administration of the two Chapter 11 cases (Doc. 29). The Trustee filed its Statement Regarding Joint Administration (the "Statement") (Doc. 33).

Based on the Hearing and the Court's review of the supplemental Statement, it is

**ORDERED:**

1. The Motion is DENIED.

2. The Rescheduled Preliminary Hearing on the Motion will no longer be heard on the September 16, 2024 hearing date. All other matters scheduled for September 16, 2024 at 10:30 a.m. will remain on the calendar.

The Clerk's Office is directed to serve a copy of this Order on interested parties.